IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Future Die Cast Acquisitions, Inc.,　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-46210-MAR
　　　　　　Debtor.　　　　　　　　　　　　　　Hon. Mark A. Randon

---

### NOTICE OF THE HUNGTINGTON NATIONAL BANK'S MOTION TO CONVERT THE CASE TO CHAPTER 7

The Huntington National Bank filed a motion with the court ("Motion") to convert the case to chapter 7.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to convert the case under a Chapter 7, or if you want the court to consider your views on the Motion, within twenty one days, you or your attorney must:

1.　　　　　File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Marc M. Bakst
Bodman PLC
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
(313-393-7530)

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

2.	If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                                  **BODMAN PLC**

                                  By:  /s/ Marc M. Bakst
                                  Marc M. Bakst (P41575)
                                  J. Adam Behrendt (P58607)
                                  Attorneys for The Huntington National Bank
                                  1901 St. Antoine Street
                                  6th Floor at Ford Field
                                  Detroit, Michigan 48226
                                  (313) 259-7777
                                  *mbakst@bodmanlaw.com*
                                  *abehrendt@bodmanlaw.com*

September 5, 2018