IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Future Die Cast Acquisitions, Inc.,

Debtor.

Chapter 11
Case No. 18-46210-MAR
Hon. Mark A. Randon

# BRIEF IN SUPPORT OF THE HUNTINGTON NATIONAL BANK'S MOTION TO CONVERT THE CASES TO CHAPTER 7

The Huntington National Bank ("Bank") relies on 11 U.S.C. § 1112, and on the facts and other law set forth in Bank's Motion to Convert the Case to Chapter 7, and requests that this Court grant the relief requested in the Motion.

**BODMAN PLC**

By: /s/ Marc M. Bakst
Marc M. Bakst (P41575)
J. Adam Behrendt (P58607)
Attorneys for The Huntington National Bank
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
(313) 259-7777
mbakst@bodmanlaw.com
abehrendt@bodmanlaw.com

September 5, 2018