UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 18-46210-mar

**Future Die Cast & Engineering, Inc.**  Chapter 11

    Debtor.  Hon. Mark A. Randon

_____/

## ORDER CONVERTING CASE

**THIS MATTER** came before the Court to upon the Motion of Huntington National Bank to convert the above entitled proceeding to Chapter 7. Notice was properly served upon the Debtor and Debtor's counsel and no response was timely filed or served. The Court is otherwise fully advised in the premises,

**NOW, THEREFORE,**

**IT IS ORDERED** that the case is **CONVERTED** to Chapter 7, and that the Debtor, within 30 days, shall file a final report and account including schedules of unpaid debts incurred, and executory contracts or leases and of property acquired, after the commencement of the Chapter 11 case.

**IT IS FURTHER ORDERED** that within 10 days, the Debtor shall file a supplemental matrix of the names and addresses of all creditors who became such only during the pendency of the Chapter 11 case, if any.

**IT IS FURTHER ORDERED** the obligation to pay U.S. Trustee quarterly fees and file monthly operating reports and provide disbursement information shall not be affected. Debtor shall file outstanding Monthly Operating Reports for April, July and August of 2018 by October 1, 2018. Debtor shall also provide to the U.S. Trustee disbursement information for the time period of September 1, 2018 through the date the case is converted, by October 1, 2018.

**IT IS FURTHER ORDERED** Debtor's professionals shall file final fee applications within fourteen days after the Order converting this case is entered.

**Signed on September 17, 2018**

