UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FUTURE DIE CAST & ENGINEERING, INC.

  Debtor.
_____/

Chapter 7
Case No. 18-46210
Honorable Mark A. Randon

# ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF ACCOUNTANT FOR DEBTOR-IN-POSSESSION FOR THE PERIOD JANUARY 19, 2018 THROUGH SEPTEMBER 17, 2018

Rehman Robson filed and served on interested parties a first and final application for accountant fees and expenses. No objections were timely filed. The court has reviewed the application and is satisfied that benefits were conferred on the estate by the services rendered.

IT IS ORDERED as follows:

A. Rehman Robson's first and final fee application is approved in the following amounts:

```
Fees     ...............................................................................$21,697.50
Expenses ................................................................................$417.33
```

B. Rehman Robson is authorized to apply the retainer to the fees approved above.

**Signed on October 23, 2018**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge