UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FUTURE DIE CAST & ENGINEERING, INC.

    Debtor.
_____/

Chapter 7
Case No. 18-46210
Honorable Mark A. Randon

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF COUNSEL FOR FUTURE DIE CAST & ENGINEERING INC., DEBTOR-IN-POSSESSION, FOR THE PERIOD APRIL 27, 2018 THROUGH SEPTEMBER 17, 2018

Steinberg Shapiro & Clark filed and served on interested parties a first and final application for attorney fees and expenses. No objections were timely filed. The court has reviewed the application and is satisfied that the benefits were conferred on the estate by the services rendered.

IT IS ORDERS as follows:

A. Steinberg Shapiro & Clark's first and final fee application is approved as Chapter 11 administrative expenses under 11 U.S.C. § 503(b) in the following amounts:

| | |
|---|---:|
| Fees | $56,571.50 |
| Expenses | $852.57 |

B. Steinberg Shapiro & Clark is authorized to apply the retainer in the amount of $40,279.50 to the fees and expenses approved above.

C. The Chapter 7 Trustee is authorized and directed to pay the balance of fees and expenses in the amount of $17,144.57 consistent with the Trustee's ability to pay other administrative expenses.

**Signed on October 23, 2018**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge